IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STATE FARM MUTUAL FIRE AND
CASUALTY COMPANY,

    Plaintiff,

v.      1:14-cv-220

ROBERT EUGENE MARSHALL and
THOMASINA PARKS,

    Defendants.

**O R D E R**

Plaintiff State Farm Mutual Fire and Casualty Company filed the instant suit on December 3, 2015. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff has 120 days to perfect service on a defendant. To date, the record reflects that Plaintiff has failed to perfect service on Defendant Robert Eugene Marshall.

Accordingly, Plaintiff shall have until **5:00 P.M. on Monday, March 21, 2016** to provide evidence that Plaintiff served Defendant Marshall within 120 days of filing the Complaint. Further, if Plaintiff cannot provide evidence of service, Plaintiff should explain why this case should not be dismissed for failure to join a required party under Federal Rule of Civil Procedure 19.

**ORDER ENTERED** at Augusta, Georgia, this _17th_ day of March, 2016.

                                        HONORABLE J. RANDAL HALL
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF GEORGIA