IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STATE FARM FIRE AND CASUALTY
COMPANY,

    Plaintiff,

    v.                              1:14-cv-220

ROBERT EUGENE MARSHALL and
THOMASINA PARKS,

    Defendants.

**O R D E R**

On August 26, 2015, Plaintiff State Farm Fire and Casualty Company filed a motion for summary judgment in the above-captioned case. The motion's certificate of service indicates that Plaintiff mailed the motion to Defendant Robert Eugene Marshall at his home. To date, Defendant Marshall has failed to respond to the motion. After reviewing the record, the Court finds that Defendant was not served with the required notice under Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

Accordingly, the Court **DIRECTS** the Clerk of Court to mail this Order and a Griffith notice to the following address:

> Robert Eugene Marshall
> 3506 Dayton Street
> Hepzibah, Georgia 30815

Additionally, the Court **ORDERS** Defendant Robert Eugene Marshall to **FILE NOTICE** with the Court by **5:00 P.M. MONDAY, MARCH 28, 2016** addressing whether he intends to respond to Plaintiff's motion for

summary judgment. Failure to give notice by the deadline may result in the Court entering judgment against Defendant Marshall. Should Defendant Marshall choose to respond, he shall have until **5:00 P.M. MONDAY, APRIL 11, 2016** to file his brief.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of March, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA